

**COM.**

v.

**RISOLDI, C.**

**2673 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

Reargument Denied 10/19/2017

CP–09–CR–0002485–2015, (Bucks)

Affirmed

**COM.**

v.

**RISOLDI, C.**

**2677 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

Reargument Denied 10/19/2017

CP–09–0002487–2015

(Bucks)

Affirmed

**COM.**

v.

**RISOLDI, C.**

**2675 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

Reargument Denied 10/19/2017

CP–09–CR–0002474–2015

(Bucks)

Affirmed

**COM.**

v.

**RISOLDI, S.**

**2679 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

Reargument Denied 10/19/2017

CP–09–CR–0002475–2015

(Bucks)

Affirmed

